O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ROQUE,<br><br>        Plaintiff,<br><br>  v.<br><br>SUNTRUST and DOE 1 TO 11,<br><br>        Defendants. | Case No. EDCV 09-2220-VAP(DTBx)<br><br>**[Motion filed on December 10, 2009]**<br><br>**ORDER VACATING FEBRUARY 8, 2010 HEARING, GRANTING MOTION TO DISMISS** |

    The Court has received and considered all papers filed in support of Defendant SunTrust Mortgage Inc.'s ("SunTrust") Motion to Dismiss ("Motion"). Defendant's Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15. Accordingly, the Court VACATES the hearing set for February 8, 2010 at 2 p.m.

    Plaintiff filed this action on October 15, 2009 in California Superior Court, County of San Bernardino against Defendant SunTrust Mortgage, Inc. On December 3,

1 | 2009, Defendant removed the action to this Court.  On
2 | December 10, 2009, Defendant filed a Motion to Dismiss
3 | and Request for Judicial Notice.  On January 25, 2009,
4 | Defendant filed a Reply.
5 |
6 |     Under Local Rule 7-9, a party must file opposition
7 | papers no later than 21 days before the date designated
8 | for the hearing of the motion.  Plaintiff, appearing *pro*
9 | *se*, filed no timely opposition.  Under Local Rule 7-12,
10 | the Court finds Plaintiff has consented to granting the
11 | Motion.  Accordingly, the Court DISMISSES Plaintiff's
12 | Complaint, without prejudice.

Dated: February 4, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge