**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ROQUE,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNTRUST and DOE 1 TO 11,<br><br>        Defendants. | Case No. EDCV 09-2220-VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 4, 2010

                                  VIRGINIA A. PHILLIPS
                             United States District Judge